### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL ACTION NO. 19-548** |
| | **:** | |
| **DIMITRE HADJIEV** | **:** | |
| **Defendant.** | **:** | |

### ORDER

**AND NOW**, this 14th day of May 2020, upon consideration of Defendant Dimitre Hadjiev's Motion for Release from Custody Based on Changed Circumstances; New Covid-19 Public Health Concerns [Doc. No. 29], the government's response [Doc. No. 31], Hadjiev's related filings, and after a telephone conference and hearing on the Motion, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED** without prejudice.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

CYNTHIA M. RUFE, J.