IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 19-548 |
| DIMITRE HADJIEV | |
| Defendant. | |

## ORDER

**AND NOW,** this 23rd day of April 2021, upon consideration of Defendant Dimitre Hadjiev's Motion to Suppress 8/22/2019 Interrogation [Doc. No. 137], the Government's response thereto, the Pretrial Evidentiary Hearing, and for the reasons stated in the accompanying Findings of Facts and Conclusions of Law, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**