# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

    **v.** : **CRIMINAL NO. 19-548**

**DIMITRE HADJIEV** :

## ORDER

AND NOW, this __10th__ day of November, 2022, upon consideration of the Government's Motion To Dismiss Counts 9, 16, 18, 20, 22 and 23 from the Second Superseding Indictment and to correct typographical errors in the number of two counts (duplicate Counts 10 and 11), it is hereby ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), that Counts 9, 16, 18, 20 and 22 are dismissed from the Second Superseding Indictment in this case.

IT IS FURTHER ORDERED that the counts of the Second Superseding Indictment shall be renumbered to remove the dismissed counts and correct the typographical errors in the duplicate numbering of Counts 10 and 11 in the Second Superseding Indictment, so that the counts shall be renumbered as listed below.

| Original Count | Renumbered Count |
|---|---|
| 10 (first) | 9 |
| 11 (first | 10 |
| 10 (second) | 11 |
| 11 (second) | 12 |
| 12 | 13 |
| 13 | 14 |
| 14 | 15 |
| 15 | 16 |
| 17 | 17 |
| 19 | 18 |
| 21 | 19 |
| 24 | 20 |

BY THE COURT:


 /s/ Cynthia M. Rufe, J.
HONORABLE CYNTHIA M. RUFE
*Judge, United States District Court*