## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 19-548 |
| DIMITRE HADJIEV | : | |

### ORDER

**AND NOW**, this 18th day of November, 2022, upon consideration of the Government's Motion To Dismiss Count 9, second Count 10, second Count 11, and Counts 16, 18, 20, 22 and 23 from the Second Superseding Indictment [Doc. No. 253], it is hereby **ORDERED**, pursuant to Federal Rule of Criminal Procedure 48(a), that Count 9, second Count 10, second Count 11, and Counts 16, 18, 20 and 22 are **DISMISSED** from the Second Superseding Indictment in this case.

It is further **ORDERED** that the Court's Order of November 10, 2022 dismissing Counts 16, 18, 20 and 22 and renumbering counts in the Second Superseding Indictment [Doc. No. 244] is **VACATED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

CYNTHIA M. RUFE, J.