IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| DIMITRE HADJIEV | : Criminal No. 19-548 |

## TRIAL STIPULATIONS

The defendant named above, in his own right and by his counsel, and the United States of America, by its attorneys, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania and K.T. Newton, Assistant United States Attorney, agree and stipulate as follows:

1. TD Bank was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation for the time period between January 1, 2015 and December 31, 2018.

2. Wells Fargo Bank was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation for the time period between January 1, 2015 and December 31, 2018.

3. Citizens Bank was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation for the time period between January 1, 2015 and December 31, 2018.

STIPULATED AND AGREED TO:

_____
DIMITRE HADJIEV
Defendant

JACQUELINE C. ROMERO
United States Attorney

_____
K.T. NEWTON
Assistant United States Attorney

_____
DANIEL CEVALLOS, Esquire
Counsel for Defendant Dimitre Hadjiev

_____
PETER SCUDERI, Esquire
Counsel for Defendant Dimitre Hadjiev

_____
DANIEL PELL, Esquire
Counsel for Defendant Dimitre Hadjiev

Dated: November 17, 2022