IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                      :     CRIMINAL ACTION

    v.                    :

                      :     No. 19-548

DIMITRE HADJIEV
330 SOUTH STREET
PHILADELPHIA, PA 19147

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a Forfeiture Hearing on November 29, 2022 at 9:30am before the **Honorable Cynthia M. Rufe** in **Courtroom 12A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

**X Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

**Interpreter:** A  interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:      Erica Pratt, Courtroom Deputy to J. Cynthia M. Rufe
           Phone: 267-299-7499

Date:    November 23, 2022

cc via U.S. Mail:
cc via email:      D. Cevallos, Esq.
                  P. Scuderi, Esq.
                  D. Pell, Esq.
                  K.T. Newton, AUSA
                  U.S. Marshal
                  Court Security
                  Probation Office
                  Pretrial Services
                  Interpreter Coordinator

crnotice (July 2021)