IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

                                                :

              v.          :          CRIMINAL NO. 19-548

  DIMITRE HADJIEV          :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

        AND NOW, this 23rd day of November 2022, came the attorney for the government and the defendant being present with counsel, and

☐ The Court having granted the defendant's motion for judgment of acquittal as to:

☐ A jury has been waived, and the Court has found the defendant not guilty as to: _____

**X** The jury has returned its verdict, finding the defendant not guilty as to: counts 1, **5, 6, 7, 8, 10, 11, 12, 13, 14, 15, 17, 19, 21 and 23.**

        **AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

                                BY THE COURT:

                                 /s/ Cynthia M. Rufe, J.
                                Cynthia M. Rufe, J.

Cc:  U.S. Marshal
      Probation Office

November 23, 2022
  Date
By Whom   EDP

Cr 1 (5/21)