IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| DIMITRE HADJIEV | CRIMINAL NO. 19-548 |
| Defendant. | |

## ORDER

**AND NOW**, this 29th day of November 2022, upon consideration of counsel for Defendant Daniel M. Pell Esq.'s Motions to Withdraw as Counsel [Doc. Nos. 271, 272], on which the Government takes no position, and to which Defendant Dimitre Hadjiev has no objection, it is hereby **ORDERED** as follows:

1. Daniel M. Pell Esq.'s Amended Motion to Withdraw as Counsel [Doc. No. 272] is **GRANTED**.

2. Daniel M. Pell Esq.'s Motion to Withdraw as Counsel [Doc. No. 271] is **DISMISSED as moot.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**