IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIMITRE HADJIEV | CRIMINAL ACTION NOS.  19-548 |

## ORDER

AND NOW, this 29th day of November 2022, after jury trial wherein defendant was found guilty on counts 2, 3, 4 and 24, and in consideration of the government's motion for revocation of pretrial release based on these convictions, and in consideration of the trial evidence, the Court directs that defendant may remain on pretrial release with the amended special condition that he immediately cease all operations of business as a jeweler.

All other conditions of pretrial release as previously imposed remain in full force and effect.

BY THE COURT:

/s/ Cynthia M. Rufe, J.

_____
**CYNTHIA M. RUFE, J.**