IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIMITRE HADJIEV | CRIMINAL ACTION NOS.  19-548 |

### ORDER

AND NOW, this 29th day of November 2022, upon the above-named defendant's finding of guilt on counts 2, 3, 4 and 24 in the above-captioned matter, it is hereby **ORDERED** that post-verdict motions shall be filed within (14) days of the date of verdict.

BY THE COURT:

/s/ Cynthia M. Rufe, J.

_____
**CYNTHIA M. RUFE, J.**