# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

**v.**

**DIMITRE HADJIEV**

        **Defendant.**

**CRIMINAL NO. 19-548**

## ORDER

**AND NOW**, this 31st day of May 2023, upon consideration of Defendant's Motion for Judgment of Acquittal and/or a New Trial [Doc. No. 279] and the response thereto [Doc. No. 290], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion [Doc. No. 279] is **DENIED**.

It is so **ORDERED**.

**BY THE COURT:**

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**